

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

STUART KERESTAN,

                   Plaintiff,

        -against-

MERCK & CO LONG TERM DISABILITY
PLAN, MERCK & CO.,
             Defendants.

------------------------------------------------------------X

05 **CIVIL** 3469 (BSJ)

## SUPPLEMENTAL  JUDGMENT

     Defendants and plaintiff having moved for summary judgment, the matter having come before the Honorable Barbara S Jones  United States District Judge, and the Court, on January 26 2010, having rendered its Order denying plaintiff's motion to supplement the record and for summary judgment, granting defendant's motion and closing the case, it is,

     **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order, dated January 26 2010, plaintiff's motion for summary judgment is denied, as is plaintiff's motion to supplement record, defendant's motion for summary judgment is granted and the case is closed.

**Dated:** New York, New York
       February 4, 2010

                           **J. MICHAEL McMAHON**

                            **Clerk of Court**

**BY:** _____

                            **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 3/4/10